AO 442 (Rev. 01/09) Arrest Warrant

DOA: 5/2/2025

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| United States of America | ) |
|---|---|
| v. | ) Arizona Case No: 25-01552MJ |
| | ) Case No. 2:25-cr-0098-JCM-BNW |
| YUE YUAN | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* YUE YUAN,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1349 and 1344(2) ~ Conspiracy to Commit Bank Fraud
18 U.S.C. § 1028A, 2 ~ Aggravated Identity Theft

DEBRA K. KEMPI
CLERK

*signature*

(By) DEPUTY CLERK

4/16/2025 Las Vegas, NV
DATE

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
Arresting officer's signature

_____
Printed name and title

1  SIGAL CHATTAH
   United States Attorney
2  District of Nevada
   Nevada Bar No. 8264
3  KIMBERLY M. FRAYN
   Assistant United States Attorney
4  501 Las Vegas Boulevard South, Suite 1100
   Las Vegas, Nevada 89101
5  Tel: (702) 388-6336
   Kimberly.Frayn@usdoj.gov
6
   MARGARET A. MOESER
7  Chief, Money Laundering and Asset Recovery Section
   U.S. Department of Justice/Criminal Division
8  Kenneth P. Kaplan
   Trial Attorney
9  D.C. Bar No. 460614
   The Bond Building
10 1400 New York Avenue, NW, Suite 1000
   Washington, DC 20005
11 (202) 514-2000
   kenneth.kaplan@usdoj.gov
12
   *Attorneys for the United States*
13

```
                   FILED         RECEIVED
                   ENTERED       SERVED ON
                        COUNSEL/PARTIES OF RECORD

                        APR 1 6 2025

                   CLERK US DISTRICT COURT
                     DISTRICT OF NEVADA
             BY:
                                      DEPUTY
```

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JIN WEI CHEN,<br><br>XIE JIE CHEN,<br>    aka "Johnny Chen," and<br><br>YUE YUAN,<br><br>         Defendants. | **SEALED**<br>**CRIMINAL INDICTMENT**<br><br>Case No.: 2:25-cr-00*98*-JCM-BNW<br><br>**VIOLATIONS:**<br>**18 U.S.C. §§ 1349 and 1344(2) – Conspiracy to Commit Bank Fraud; and**<br><br>**18 U.S.C. § 1028A, 2– Aggravated Identity Theft.**<br><br>**FORFEITURE ALLEGATION** |

**THE GRAND JURY CHARGES THAT:**

## COUNT ONE
**Conspiracy to Commit Bank Fraud**
**(18 U.S.C. §§ 1349, 1344(2))**

### Individuals and Entities

At all times material to the Indictment, unless otherwise stated:

1. Defendant JIN WEI CHEN ("JW. CHEN") was a citizen of the Republic of China and was believed to reside in, among other places, New York, Oklahoma, and Maryland.

2. Defendant XIE JIE CHEN, also known as Johnny Chen ("J. CHEN"), was a citizen of the United States and was believed to reside in Pennsylvania, Florida, and California.

3. Defendant YUE YUAN ("YUAN") was a citizen of the Republic of China and was believed to reside in, among other places, New York and Oklahoma.

4. Individual 1 resided in Oklahoma.

5. Individual 2 resided in New York.

6. Individual 3 resided in New York.

7. Victims include, but are not limited to, the following individuals:

| Victim | State of Residence |
|---|---|
| 1 – G.C. | Texas |
| 2 – W.N.N. | Texas |
| 3 – X.Q. | Texas |
| 4 – C.C.N. | Texas |
| 5 – Z.W.W. | Texas |
| 6 – S.Q.N. | Texas |
| 7 – J.C. | Texas |
| 8 – L.W. | Texas |
| 9 – C.C. | Texas |
| 10 – Z.Z. | Texas |
| 11 – J.B.L. | Texas |
| 12 – B.K. | Texas |
| 13 – C.W. | Texas |
| 14 – K.G. | New York |

8. Financial Institution 1 was federally insured by the Federal Deposit Insurance Corporation, making it a "financial institution" as defined by Title 18, United States Code, section 20, with branches in Las Vegas.

9. Financial Institution 2 was federally insured by the Federal Deposit Insurance Corporation, making it a "financial institution" as defined by Title 18, United States Code, section 20, with branches in Las Vegas.

10. Car Dealership 1 was a luxury car dealership located in the District of Colorado.

11. Car Dealership 2 was a luxury car dealership located in the District of Utah.

12. Texas Department of Public Safety ("TDPS") was the Texas state agency responsible for, among other things, issuing drivers' licenses to citizens who meet the criteria for such licenses in the State of Texas.

13. The New York State Department of Motor Vehicles ("NYDMV") was the New York state agency responsible for, among other things, issuing drivers' licenses to individuals who meet the criteria for such licenses in the State of New York.

## The Conspiracy

14. Beginning on a date unknown, but from at least as early as on or about August 23, 2022, and continuing up to and including on or about May 30, 2023, in the State and Federal District of Nevada and elsewhere,

**JIN WEI CHEN,
XIE JIE CHEN, aka "Johnny Chen," and
YUE YUAN,**

defendants herein, and others known and unknown to the Grand Jury, knowingly combined, conspired, confederated, and agreed to commit an offense against the United States, that is, Bank Fraud, in violation of Title 18, United States Code, Section 1344(2), all in violation of Title 18, United States Code, Section 1349.

3

## The Object of the Conspiracy

15. It was the object of the conspiracy that JW. CHEN, J. CHEN, YUAN, and others known and unknown to the Grand Jury (collectively the "co-conspirators"), devised, executed, and attempted to execute a scheme to defraud and to obtain moneys, funds, credits, assets, securities, and other property owned by victims, and under the custody and control of Financial Institutions 1 and 2 by means of materially false and fraudulent pretenses, representations, and promises to enrich themselves and their known and unknown coconspirators.

## Manner and Means

16. The object of the conspiracy was to be accomplished by the following ways, manner, and means, among others:

    a. As part of the scheme, JW. CHEN, YUAN, and others unknown used personally identifiable information ("PII") to fraudulently obtain more than 5,000 genuine drivers' licenses from TDPS and NYDMV in the identities of the victims, including Victims 1 to 14.

    b. It was further part of the scheme that JW. CHEN, J. CHEN, YUAN and others known and unknown, used the PII and drivers' licenses obtained by fraud to learn financial information about some of the victims, such as identifying bank accounts, credit card accounts, and lines of credit belonging to those victims.

    c. It was further part of the scheme that JW. CHEN, J. CHEN, and others known and unknown, used the PII and drivers' licenses obtained by fraud to learn personal information about some of the victims, such as identifying the victims' employment histories and identifying phone numbers, email addresses, and residential addresses belonging to the victims.

d. It was further part of the scheme that JW. CHEN and others known and unknown provided the fraudulently-obtained drivers' licenses and other PII to J. CHEN, Individual 1, Individual 2, Individual 3, and other known and unknown coconspirators.

e. It was further part of the scheme that JW. CHEN, J. CHEN, YUAN, Individual 1, Individual 2, Individual 3, and others known and unknown, traveled to Las Vegas, Nevada, in the State and Federal District of Nevada, and other Districts throughout the country, to engage in conduct furthering the object of the conspiracy, by (i) impersonating the victims by falsely claiming to be the individuals identified in the drivers' licenses when in truth and fact they were not; (ii) obtaining and attempting to obtain funds from the victims' accounts at financial institutions, such as Financial Institutions 1 and 2; and (ii) purchasing and attempting to purchase vehicles in the names of the victims by obtaining financing in the names of the victims.

## Acts in Furtherance of the Conspiracy

17. In or about August and September 2022, JW. CHEN, J. CHEN, YUAN, and others, known and unknown, fraudulently caused the mailing of thousands of genuine drivers' licenses to addresses in Oklahoma and New York.

18. In or about October 2022, JW. CHEN directed Individual 1 to rent a vehicle in Las Vegas, Nevada, for purposes of traveling to the District of Arizona and, while in Arizona, transporting Individual 2 and Individual 3, among other coconspirators, for the purpose of engaging in criminal conduct to further the object of the conspiracy including but not limited to Bank Fraud.

19. In or about October 2022, JW. CHEN, J. CHEN, YUAN, and others known and unknown arranged for known and unknown coconspirators, including Individual 1, Individual 2, and Individual 3 to reside in hotels and short-term rental housing in Las Vegas, Nevada, and

5

in the District of Arizona and elsewhere, while they were engaged in conduct furthering the object of the conspiracy, including but not limited to Bank Fraud.

20. In or about January 2023, JW. CHEN provided drivers' licenses belonging to Victim 2 and Victim 3 to Individual 1, who used those drivers' licenses for the purposes of engaging in criminal acts to further the object of the conspiracy.

21. On or about January 19, 2023, in the District of Colorado, Individual 1, and others known and unknown, using a genuine, but fraudulently obtained TDPS driver's license belonging to Victim 2, posed as Victim 2 and purchased and financed a Porsche from Car Dealership 1 claiming to employee(s) of Car Dealership 1 that they were Victim 2 when in truth in fact they were not.

22. On or about January 27, 2023, in the District of Utah, Individual 1, using a genuine, but fraudulently obtained TDPS driver's license belonging to Victim 3, posed as Victim 3 and purchased and financed a Mercedes Benz from Car Dealership 2 claiming to employee(s) of Car Dealership 2 that they were Victim 3 when in truth and fact they were not.

23. On or about January 31, 2023, Individual 1 and two other co-conspirators used the above Porsche to drive to a Financial Institution 1 branch in the District of Utah for the purpose of impersonating a victim using a driver's license provided to them by JW. CHEN. They unsuccessfully attempted to access the victim's account by withdrawing $2,000.

24. On or about February 6, 2023, a co-conspirator used the above Mercedes Benz to drive to a Financial Institution 1 branch in the District of Minnesota for the purpose of impersonating Victim 5 using a driver's license. That co-conspirator unsuccessfully attempted to access the victim's account by withdrawing $2,000.

25. On or about the dates below, the co-conspirators took over Financial Institution 1 accounts belonging to the victims below and successfully withdrew the approximate amounts

below at Financial Institution 1 branches located in the state below by impersonating the victims below using drivers' licenses belonging to the victims below:

| Date | State | Victim | Amount Withdrawn |
|---|---|---|---|
| 9/26/2022 | Nevada | 1 | $20,000 |
| 9/27/2022 | Nevada | 1 | $2,000 |
| 9/28/2022 | Nevada | 7 | $2,000 |
| 10/20/2022 | Nevada | 8 | $2,000 |
| 10/22/2022 | Nevada | 9 | $2,000 |
| 10/24/2022 | Nevada | 9 | $2,000 |
| 10/26/2022 | Nevada | 10 | $2,000 |
| 10/26/2022 | Nevada | 10 | $2,000 |
| 10/27/2022 | Nevada | 10 | $2,000 |
| 11/9/2022 | Arizona | 12 | $96,921 |
| 11/9/2022 | Arizona | 13 | $94,000 |
| 12/7/2022 | Nevada | 11 | $39,752 |
| 1/31/2023 | Utah | 4 | $2,000 |
| 2/06/2023 | Minnesota | 5 | $2,000 |
| 2/15/2023 | Indiana | 6 | $2,000 |

26. On or about November 22, 2022, JW. CHEN and J. CHEN, while in the State and Federal District of Nevada, possessed at least nine Texas driver's licenses belonging to victims and a New York driver's license belonging to Victim 14. That same day, J. CHEN impersonated Victim 14 and unsuccessfully attempted to withdraw $550,000 dollars from a Home Equity Line of Credit in Victim 14's name at Financial Institution 2 while JW. CHEN waited outside the bank branch in a car rented by J. CHEN.

27. On or about March 12, 2023, in the Middle District of Tennessee, J. CHEN and other known and unknown coconspirators possessed approximately 600 driver's licenses belonging to victims, including Victim 2, Victim 9, and Victim 11.

## COUNTS TWO TO FOUR
### Aggravated Identity Theft
### (18 U.S.C. §§ 1028A, 2)

28. Paragraphs One through Twenty-Seven of this Indictment are hereby realleged and incorporated herein by reference.

29. On or about the dates below, in the State and Federal District of Nevada and elsewhere,

**JIN WEI CHEN,
XIE JIE CHEN, aka "Johnny Chen," and
YUE YUAN,**

defendants herein, aiding and abetting one another and others known and unknown, knowingly transferred, possessed, and used, without lawful authority, the means of identification of another person below, during and in relation to a felony violation, that is, Conspiracy to Commit Bank Fraud, a violation of Title 18, United States Code, Sections 1349 and 1344(2), as alleged in Count One, each means of identification a separate violation of Title 18, United States Code, Sections 1028A and 2:

| COUNT | DATE | DEFENDANTS | MEANS OF IDENTIFICATION |
|---|---|---|---|
| TWO | 10/24/2022 | JW. CHEN<br>J. CHEN<br>YUAN | Driver's license belonging to Victim 9 |
| THREE | 11/22/2022 | JW. CHEN<br>J. CHEN | Driver's license belonging to Victim 14 |
| FOUR | 12/7/2022 | JW. CHEN<br>J. CHEN<br>YUAN | Driver's license belonging to Victim 11 |

**FORFEITURE ALLEGATION**

30. The allegations contained in Count One of the Indictment are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture under 18 U.S.C. §§ 982(a)(2)(A), (b)(1).

31. Upon conviction of any type of the felony offense charged in Count One of this Indictment,

**JIN WEI CHEN,
XIE JIE CHEN, aka "Johnny Chen," and
YUE YUAN,**

1  defendants herein, shall forfeit to the United States of America, any property constituting, or
2  derived from, proceeds the person obtained directly or indirectly as the result of such violation.
3       32.    **Money Judgment**
4  Defendants are also notified that upon conviction, the United States may seek a money
5  judgment in the amount equal to the total value of the property subject to forfeiture.
6       33.    **Substitute Assets**
7  If any of the property described above, as a result of any act or omission of the
8  defendants,
9       a.   Cannot be located upon the exercise of due diligence;
10      b.   Has been transferred or sold to, or deposited with a third party;
11      c.   Has been placed beyond the jurisdiction of the Court;
12      d.   Has been substantially diminished in value; or
13  / / /
14  / / /
15  / / /
16  / / /
17  / / /
18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /

     e.    Has been commingled with other property that cannot be divided without difficulty, the United States of America shall be entitled to forfeitures of substitute property pursuant to Title 21, United States Code, Section 853(p) as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c).

**DATED**: this 16th day of April, 2025.

**A TRUE BILL**:

/S/
FOREPERSON OF THE GRAND JURY

SIGAL CHATTAH
UNITED STATES ATTORNEY

*[signature]*                     4/16/2025
KIMBERLY M. FRAYN             Date
Assistant United States Attorney

MARGARET A. MOESER
Chief, Money Laundering and Asset Recovery Section
U.S. Department of Justice/Criminal Division

*[signature]*                    4/16/2025
KENNETH P. KAPLAN            Date
Trial Attorney
United States department of Justice/Criminal Division

e. Has been commingled with other property that cannot be divided without difficulty, the United States of America shall be entitled to forfeitures of substitute property pursuant to Title 21, United States Code, Section 853(p) as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c).

**DATED**: this 16th day of April, 2025.

**A TRUE BILL**:

_____ Deputy Foreperson
FOREPERSON OF THE GRAND JURY

SIGAL CHATTAH
UNITED STATES ATTORNEY

_____   4-16-2025
KIMBERLY M. FRAYN                Date
Assistant United States Attorney

MARGARET A. MOESER
Chief, Money Laundering and Asset Recovery Section
U.S. Department of Justice/Criminal Division

_____   4-16-2025
KENNETH P. KAPLAN                Date
Trial Attorney
United States department of Justice/Criminal Division

10